**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000374**
**28-MAR-2022**
**08:21 AM**
**Dkt. 35 OAWST**

NO. CAAP-21-0000374

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIE KAUPIKO, KAʻIMI KAUPIKO, MIKE NAKACHI,
FOR THE FISHES, AND CENTER FOR BIOLOGICAL DIVERSITY,
Plaintiffs-Appellees, v.
DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000125 JPC)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the "[Proposed] Stipulation for Dismissal of Appeal," (Stipulation) filed on March 21, 2022, by Defendant-Appellant the State of Hawaiʻi, Department of Land and Natural Resources, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with each party to bear their own attorneys' fees and costs; (3) the stipulation is signed by counsel for all parties appearing in the appeal; and

(4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs incurred in this appeal.

DATED:  Honolulu, Hawaiʻi, March 28, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge